UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEWEL E. DYER,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY PEARCE, et al.,<br><br>    Defendants. | Case No. 17-cv-02640-JD<br><br>**ORDER OF DISMISSAL** |

    This is a civil rights case filed pro se by a detainee. On April 24, 2018, the Court found that plaintiff had failed to state a claim and dismissed the amended complaint with leave to amend after discussing the deficiencies of the complaint. The twenty-eight days to amend has passed and plaintiff has not filed a second amended complaint or otherwise communicated with the Court. This case is **DISMISSED** for failure to state a claim as described in the prior order.

    **IT IS SO ORDERED.**

Dated: June 29, 2018

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEWEL E. DYER,

    Plaintiff,

v.

TIMOTHY PEARCE, et al.,

    Defendants.

Case No. 17-cv-02640-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 29, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jewel E. Dyer ID: A#20559
M.C.S.O. Corrections Division
951 Low Gap Rd.
Ukiah, CA 95482

Dated: June 29, 2018

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO