UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEWEL E. DYER,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY PEARCE, et al.,<br><br>    Defendants. | Case No. 17-cv-02640-JD<br><br>**ORDER DENYING MOTION FOR LEAVE TO AMEND**<br><br>Re: Dkt. No. 37 |

This case was dismissed and closed at screening on June 29, 2018. The Court revoked plaintiff's informa pauperis status on appeal and the Ninth Circuit later dismissed the appeal as frivolous. Docket No. 34. Plaintiff now seeks leave to file an amended complaint. Because the appeal has already been denied as frivolous plaintiff's motion to amend (Docket No. 37) is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 13, 2019

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

JEWEL E. DYER,

    Plaintiff,

v.

TIMOTHY PEARCE, et al.,

    Defendants.

Case No. 17-cv-02640-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 13, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jewel E. Dyer ID: A#20559
Mendocino County Jail
951 Low Gap Road
Ukiah, CA 95482

Dated: March 13, 2019

                              Susan Y. Soong
                              Clerk, United States District Court

                              By: /s/ Lisa R. Clark
                              LISA R. CLARK, Deputy Clerk to the
                              Honorable JAMES DONATO